**ROBERT A. RYAN, JR., County Counsel**
**JAMES G WRIGHT, Deputy County Counsel**
**[State Bar No. 51862]**
**COUNTY OF SACRAMENTO**
**700 H Street, Suite 2650**
**Sacramento, CA 95814**
**Telephone: (916) 874-5561**
**Facsimile: (916) 874-8207**
**File No.: 457.04A**

Attorneys for County of Sacramento

### IN THE UNITED STATES DISTRICT COURT FOR
### THE EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| NANCY E. APPLETON, Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>THE COUNTY OF SACRAMENTO,<br><br>Defendant. | Case No. 05-CV-1685-wbs-kjm<br><br>STIPULATION TO CONTINUE Rule 12 (b)(6) MOTION; and ORDER THEREON<br><br>DATE:     October 3, 2005<br>TIME:     1:30 p.m.<br>CRTRM:  5<br>JUDGE:   WILLIAM B. SHUBB |

County of Sacramento and Nancy E. Appleton by their respective counsel stipulate that the hearing on County's 12(b)(6) motion currently set for October 3, 2005, at 1:30 p.m. may be continued to October 31, 2005, at 1:30 p.m.  Plaintiff has filed a First Amended Complaint and named additional parties.  Continuance will allow the additional parties to be served and respond, and allow the court to consider related motions at the same hearing.

DATED: September 28, 2005          ROBERT A. RYAN, JR., County Counsel
                                                              Sacramento County, California


                                                              By:  _s/_____
                                                                     JAMES G. WRIGHT, Deputy
                                                                     Attorneys for County of Sacramento

DATED: September 28, 2005          s/_____
                                                              DONALD O. SPAULDING
                                                              Attorney for Plaintiff

-1-

STIPULATION TO CONTINUE Rule 12 (b)(6) MOTION SET OCTOBER 3, 2005; and ORDER THEREON

# ORDER

Upon reading the stipulation of the parties and good cause appearing therefore:

IT IS HEREBY ORDERED that the hearing on County's 12(b)(6) motion set for October 3, 2005, at 1:30 p.m. is continued to October 31, 2005, at 1:30 p.m.

Dated:  September 29, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

W:\LITIGATE\DistAtty\2005\Appleton 431.05A\StiplCont103Mtn.doc

-2-

STIPULATION TO CONTINUE Rule 12 (b)(6) MOTION SET OCTOBER 3, 2005; and ORDER THEREON