ROBERT A. RYAN, JR., County Counsel
JAMES G WRIGHT, Deputy County Counsel
[State Bar No. 51862]
COUNTY OF SACRAMENTO
700 H Street, Suite 2650
Sacramento, CA  95814
Telephone:  (916) 874-5561
Facsimile:  (916) 874-8207
File No.:  457.04A

Attorneys for County of Sacramento
and District Attorney of Sacramento County

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| NANCY E. APPLETON, Trustee,<br><br>   Plaintiff,<br><br>vs.<br><br>THE COUNTY OF SACRAMENTO, DISTRICT ATTORNEY OF THE COUNTY OF SACRAMENTO, et al.<br><br>   Defendants. | Case No. 05-CV-1685-wbs-kjm<br><br>**STIPULATION TO CONTINUE Rule 12 (b)(6) MOTIONS; and ORDER THEREON**<br><br>DATE:      October 31, 2005<br>TIME:       1:30 p.m.<br>CRTRM:   5<br>JUDGE:    WILLIAM B. SHUBB |

County of Sacramento and District Attorney of Sacramento County and Nancy E. Appleton by their respective counsel stipulate that the hearing on County's and District Attorney's 12(b)(6) motions  (Docket Numbers 24 and 46) currently set for October 31, 2005, at 1:30 p.m. may be continued to November 28, 2005, at 1:30 p.m.  Plaintiff has filed a First Amended Complaint and named additional parties.  County and District Attorney have filed a second 12(b)(6) motion. Continuance will allow additional parties to be served and respond, allow time for plaintiff to respond to the second 12(b)(6) motion, and allow the court to consider related motions and responses at the same hearing.

///

DATED: October 21, 2005                ROBERT A. RYAN, JR., County Counsel
                                       Sacramento County, California


                                       By: _____
                                           JAMES G. WRIGHT, Deputy
                                           Attorneys for County of Sacramento


DATED: October 21, 2005                /s/_____
                                       DONALD O. SPAULDING
                                       Attorney for Plaintiff


## ORDER

Upon reading the stipulation of the parties and good cause appearing therefore:

IT IS HEREBY ORDERED that the hearing on County's 12(b)(6) motion set for October 31, 2005, at 1:30 p.m. is continued to November 28, 2005, at 1:30 p.m.

Dated: October 24, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

w:\litigate\distatty\2005\appleton 431.05a\stipcont1031mtn.doc

-2-
_____
STIPULATION TO CONTINUE Rule 12 (b)(6) MOTIONS SET OCTOBER 31, 2005; and ORDER THEREON